USDC SCAN INDEX SHEET

















GAC   5/3/06    9:50

3:06-CV-00291   LISNEVSKY V. HOMELAND SECURITY

*4*

*RETSVCXC.*

Summons in a Civil Action (Rev 11/97)

ORIGINAL

# United States District Court FILED

## SOUTHERN DISTRICT OF CALIFORNIA

Alexander A. Lisnevsky

vs

United States Department of
Homeland Security ("DHS"); et al.

MAY - 1 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

SUMMONS IN A CIVIL ACTION

Case No.  06 CV 291 -WQH (CAB)

TO: (Name and Address of Defendant)

MICHAEL CHERTOFF, DHS SECRETARY
OFFICE OF THE GENERAL COUNSEL
US DEPT OF HOMELAND SECURITY
WASHINGTON, DC 20528

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexander H. Lubarsky
Siskind Susser, PC
5400 Poplar Ave., Suite 300
Memphis; TN 38119

  An answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

2/7/06

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AS TO THIS DEFENDANT.

**7004 2510 0001 4373 4122**

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.87 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $6.00 |
| Total Postage & Fees | $ $5.12 |

Sent To MICHAEL CHERTOFF, DHS, SECRETARY

Street, Apt. No.; US DEPT OF HOMELAND SECURITY
or PO Box No.

City, State, ZIP+4 WASHINGTON DC 20528

PS Form 3800, June 2002          See Reverse for Instructions