Case 3:06-cv-00291-WQH-CAB   Document 9   Filed 05/01/06   Page 1 of 3

USDC SCAN INDEX SHEET

















```
GAC    5/3/06    9:58
3:06-CV-00291   LISNEVSKY V. HOMELAND SECURITY
*9*
*RETSVCXC.*
```

ORIGINAL

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Alexander A. Lisnevsky

vs

United States Department of
Homeland Security ("DHS"); et al.

SUMMONS IN A CIVIL ACTION

Case No. 06cv0291 WQH (CAB)

FILED
MAY - 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

FEDERAL BUREAU OF INVESTIGATION
OFFICE OF THE GENERAL COUNSEL
935 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20535

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexander H. Lubarsky
Siskind Susser, PC
5400 Poplar Ave., Suite 300
Memphis, TN 38119

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/7/06
DATE

By_____, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AS TO THIS DEFENDANT:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  SKH/D W JONES   C. Date of Delivery 3-2-06 |
| 1. Article Addressed to:<br>FBI<br>OFFICE OF THE GENERAL COUNSEL<br>935 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20535 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540