USDC SCAN INDEX SHEET










```
GAC    5/3/06    9:59
3:06-CV-00291    LISNEVSKY V. HOMELAND SECURITY
*10*
*RETSVCXC.*
```

Summons in a Civil Action (Rev 11/97)

ORIGINAL

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY - 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Alexander A. Lisnevsky

vs

United States Department of
Homeland Security ("DHS"); et al.

SUMMONS IN A CIVIL ACTION
Case No. 06CV291-WQH (CAB)

TO: (Name and Address of Defendant)

Robert Mueller, Director
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Ave, NW
Washington, DC 20535

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexander H. Lubarsky
Siskind Susser, PC
5400 Poplar Ave., Suite 300
Memphis, TN 38119

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

2/7/06
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

10

AS TO THIS DEFENDANT:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT MUELLER, FBI
OFFICE OF THE GENERAL COUNSEL
935 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name): SETH D WITONES
C. Date of Delivery: 3-2-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540