# USDC SCAN INDEX SHEET










```
GAC    5/3/06    10:00
3:06-CV-00291   LISNEVSKY V. HOMELAND SECURITY
*11*
*RETSVCXC.*
```

Summons in a Civil Action (Rev 11/97)

ORIGINAL

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

06 MAY -1 AM 11: 22

Alexander A. Lisnevsky

vs

United States Department of
Homeland Security ("DHS"); et al.

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 06CV 291 -WQH (CAB)

TO: (Name and Address of Defendant)

ALBERTO GONZALEZ, ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexander H. Lubarsky
Siskind Susser, PC
5400 Poplar Ave., Suite 300
Memphis, TN 38119

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/7/06
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**AS TO THIS DEFENDANT:**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAR 0 3 2006 |
| 1. Article Addressed to:<br>ALBERTO GONZALEZ<br>OFFICE OF THE ATTY. GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 4373 4191 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540