








```
GAC    5/4/06    10:11
3:06-CV-00291    LISNEVSKY V. HOMELAND SECURITY
*13*
*RETSVCXC.*
```

Summons in a Civil Action (Rev 11/97)

ORIGINAL•

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Alexander A. Lisnevsky

vs

United States Department of
Homeland Security ("DHS"); et al.

SUMMONS IN A CIVIL ACTION

Case No. 06CV291 WQH (CAB)

FILED
MAY - 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                 DEPUTY

TO: (Name and Address of Defendant)

CAROL LAM,
US ATTORNEY'S OFFICE
880 FRONT STREET, SUITE 6293
SAN DIEGO, CA 92101-8893

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexander H. Lubarsky
Siskind Susser, PC
5400 Poplar Ave., Suite 300
Memphis, TN 38119

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/7/06
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AS TO THIS PARTY:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>MAR 3 0 2006 |
| 1. Article Addressed to:<br><br>CAROL LAM<br>US ATTORNEY'S OFFICE<br>880 FRONT ST., STE 6293<br>SAN DIEGO, CA 92101-8893 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7004 2510 0001 4373 3750 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |