USDC SCAN INDEX SHEET










GAC 5/24/06 11:09

3:06-CV-00291 LISNEVSKY V. HOMELAND SECURITY

*14*

*ANS.*

ORIGINAL

FILED

06 MAY 23 PM 3:40

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

CAROL C. LAM
United States Attorney
MELANIE SHENDER
Assistant U.S. Attorney
California State Bar No. 228971
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7105

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LISNEVSKY, Plaintiff, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., Defendants. | Case No. 06cv0291 WQH (CAB)<br><br>ANSWER TO COMPLAINT |

COME NOW the Defendants, by and through their counsel, Carol C. Lam, United States Attorney, and Melanie Shender, Assistant United States Attorney, and in answer to the Plaintiff's Complaint for Relief in the Nature of Mandamus ("Complaint"), set forth the following:

1. Answering Paragraph 1 of the Complaint, the allegations therein consist of Plaintiff's legal characterization of this action, to which no response is necessary. Insofar as a response is necessary, Defendants deny the allegations.

2. Answering Paragraph 2 of the Complaint, Defendants admit that Plaintiff has represented that he was born in the Union of the Soviet Socialist Republic (hereinafter "USSR"). Defendants lack sufficient information to form a belief as to the truth of the second part of the first sentence, that Plaintiff "has lived continuously in the U.S. since May 1991," and on that basis, deny it. Defendants also lack sufficient information to form a belief as to the truth of the second sentence, and on that basis, deny it.

3. Answering Paragraph 3 of the Complaint, Defendants admit the allegation contained therein.



4. Answering Paragraph 4 of the Complaint, Defendants admit the allegation contained therein.

5. Answering Paragraph 5 of the complaint, Defendants deny the allegation contained therein.

6. Answering Paragraph 6 of the Complaint, Defendants deny the allegation contained therein. Defendants aver that Christina Poulos is the Acting Director thereof.

7. Answering Paragraph 7 of the Complaint, Defendants admit the allegations contained therein.

8. Answering Paragraph 8 of the Complaint, Defendants admit the allegations contained therein.

9. Answering Paragraph 9 of the Complaint, with respect to the first half of the sentence, Defendants admit that Michael A. Cannon is the Section Chief of the National Name Check Section of the FBI. Defendants deny the second half of the sentence.

10. Answering Paragraph 10 of the Complaint, Defendants admit that Alberto Gonzales is the United States Attorney General.

11. Answering Paragraph 11 of the Complaint, Defendants state that they lack sufficient information to form a belief as to the truth of the allegations, and on that basis, deny them.

12. Answering Paragraph 12 of the Complaint, Defendants admit the allegation contained therein.

13. Answering Paragraph 13 of the Complaint, the allegations therein consists of Plaintiff's legal characterization of this action, to which no response is necessary. Insofar as a response is necessary, Defendants deny the allegations.

14. Answering Paragraph 14 of the Complaint, the first sentence consists of Plaintiff's legal characterization of this action, to which no response is necessary. Insofar as a response is necessary, Defendants deny the allegation. With respect to the first part of the second sentence of the allegation, Defendants lack sufficient information to form a belief as to the truth of the allegation, and on that basis, deny it. With respect to the second part of the second sentence, Defendants admit that they have offices which operate in the Southern District of California.

14.[1] Answering Paragraph 15 of the Complaint, with respect to the first sentence, Defendants lack sufficient information to form a belief as to the truth of the allegation, and on that basis, deny it. With respect to the second sentence, Defendants admit the truth of the allegations contained therein.

15. Answering Paragraph 16 of the Complaint, Defendants admit that Plaintiff filed an application for naturalization with the California Service Center. Defendants admit that the second and third sentences of the allegation.

16. Answering Paragraph 17 of the Complaint, Defendants deny the allegations contained therein with the exception of the allegation that Plaintiff completed his initial naturalization interview, which Defendants admit.

17. Answering Paragraph 18 of the Complaint, Defendants lack sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis, deny each and every allegation.

19.[2] Answering Paragraph 19 of the Complaint, Defendants admit that the U.S. Citizenship and Immigration Services received five inquiries regarding the status of Plaintiff's application from either Plaintiff or his former legal representative.

20. Answering Paragraph 20 of the Complaint, with respect to the first sentence, Defendants lack sufficient information to form a belief as to the truth of the allegation therein, and on that basis, deny it. With respect to the second and third sentence, Defendants admit that Plaintiff filed a request for a copy of his records under the Freedom of Information Act. Defendants deny the allegation that Plaintiff has not received a response. With respect to the final sentence, Defendants lack sufficient information to form a belief as to the truth of the allegation therein, and on that basis, deny it.

21. Answering Paragraph 21 of the Complaint, Defendants admit that they did not personally contact Plaintiff or his counsel. Defendants aver that once litigation has been initiated, contact between represented parties and opposing counsel would be inappropriate.

22. Answering Paragraph 22 of the Complaint, Defendants state that the allegations contained therein are legal conclusions solely within the purview of the court and for its determination, and no

---

[1] Plaintiff numbered this fifteenth paragraph "14."

[2] There is no paragraph numbered "18."

answer is therefore required. To the extent an answer is required, said allegations are denied.

22.[3] Answering Paragraph 23 of the Complaint, Defendants deny the allegations contained therein.

23. Answering Paragraph 24 of the Complaint, the allegations contained in the first and second sentence consist solely of the Plaintiff's characterization of this action, to which no response is necessary. Insofar as a response is necessary, Defendants deny the allegations contained therein. With respect to the third sentence, the reference to the "San Diego Local Office" is unclear as to which agency it refers. On that basis, Defendants deny the allegation. Defendants deny the allegation contained in the fourth sentence. With respect to the fifth sentence, Defendants admit that Plaintiff filed his naturalization application and that his mandatory FBI name check was initiated shortly thereafter, and that USCIS interviewed Plaintiff on August 31, 2004. The final sentence of the paragraph consists solely of Plaintiff's characterization of this action, to which no response is necessary. Insofar as a response is necessary, Defendants it.

24. Answering Paragraph 25 of the Complaint, Defendants deny the allegations contained therein.

25. Answering Paragraph 26 of the Complaint, Defendants deny the allegations contained therein.

## AFFIRMATIVE AND OR OTHER DEFENSES

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Defendant alleges as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

### SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

---

[3] Plaintiff numbered this twenty-third paragraph "22."

FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

FIFTH DEFENSE

The Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

DATED: MAY 23, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

Melanie Shender
MELANIE SHENDER
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER LISNEVSKY, Plaintiff, v. DEPARTMENT OF HOMELAND SECURITY, Respondent. | ) | CIVIL NO. 06CV0291-WQH(CAB) CERTIFICATE OF SERVICE BY MAIL |

STATE OF CALIFORNIA )
) SS.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED that:

I, Eileen Williams, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is Office of the U.S. Attorney, Federal Office Building, 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On May 23, 2006, I deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**ANSWER TO COMPLAINT**

addressed to:

BRYANT L. STEVENSON
5400 POPLAR AVE., STE. 300
MEMPHIS, TN 38119

the last known address at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on May 23, 2006.

Eileen Williams
EILEEN WILLIAMS