USDC SCAN INDEX SHEET










```
GAC    6/23/06    13:28
3:06-CV-00291   LISNEVSKY V. HOMELAND SECURITY
*16*
*MO.*
```

Received at: 11:30AM, 6/22/2006

11:30 JUN 22, 2006   TO: CASE ADMIN2      FR: JUDGE BENCIVENGO CHA    #45665  PAGE: 2/2

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. CATHY ANN BENCIVENGO
CT. DEPUTY LORI HERNANDEZ

| ALEXANDER LISNEVSKY | v. | U.S. DEPT. OF HOMELAND SECURITY | No. | 06-CV-291 WQH (CAB) |

| Counsel for Plaintiffs | Counsel for Defendants |
| Bryant Stevenson | Melanie Shender |

PROCEEDINGS:   _x_ In Chambers   ____ In Court   ____ Telephonic

On June 22, 2006, Defendants' counsel informed the Court that the parties had submitted a stipulation for dismissal. A courtesy copy of the stipulation was provided to the chambers of the Hon. Cathy Ann Bencivengo. The Early Neutral Evaluation Conference scheduled for July 3, 2006 is therefore **VACATED**.

NOTICE: ____ In Person   ____ By Telephone   ____ Copies Sent

DATE:   June 22, 2006          DEPUTY:   LMH

06-CV-291 WQH (CAB)

