USDC SCAN INDEX SHEET

















```
GAC    6/23/06    15:21
3:06-CV-00291    LISNEVSKY V. HOMELAND SECURITY
*17*
*STIPO.*
```

JUN. 19. 2006  2:49PM                                           NO. 6771  P. 2

```
                                                          FILED

 1  CAROL C. LAM                                    06 JUN 22 PM 1:41
    United States Attorney
 2  MELANIE SHENDER                           CLERK, U.S. DISTRICT COURT
    Assistant U.S. Attorney                   SOUTHERN DISTRICT OF CALIFORNIA
 3  California State Bar No. 228971
    United States Attorney's Office
 4  Federal Office Building                        BY:         DEPUTY
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7105
 6
    Attorneys for Defendants
 7

 8              UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10  ALEXANDER LISNEVSKY,         )    Case No. 06CV0291 WQH (CAB)
                                 )
11              Plaintiff,       )
                                 )
12     v.                        )    STIPULATED MOTION TO DISMISS AND
                                 )    [PROPOSED] ORDER THEREON
13  UNITED STATES DEPARTMENT OF  )
    HOMELAND SECURITY, et al.,   )
14                               )
                Defendants.      )
15  _____)
```

16      This is a mandamus action filed by Plaintiff, Alexander Lisnevsky, in which he sought to compel

17  Defendants to adjudicate his application for naturalization. On June 19, 2006, Plaintiff was naturalized.

18  See Exhibit A. Accordingly, the case is now moot. Plaintiff and Defendants move the Court to dismiss

19  the case, and to vacate the Early Neutral Evaluation conference scheduled for July 3, 2006.

20      DATED: June 20, 2006                     Respectfully submitted,

21                                               CAROL C. LAM
                                                 United States Attorney
22

23                                               /s/ Melanie Shender

24                                               MELANIE SHENDER
                                                 Assistant U.S. Attorney
25                                               Attorneys for Defendants

26

27

28      DATED: June __, 2006                     BRYANT STEVENSON
                                                 Attorney for Plaintiff
                                                                ENTERED ON 6-23-06

1
## ORDER

2   Plaintiff and Defendants have stipulated that the case is moot. Accordingly, the case is
3   dismissed, and the Early Neutral Evaluation conference scheduled for July 3, 2006 is vacated.

4
5   DATED: June 22, 2006

_____
UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| U.S. Department of Justice | OMB No. 1115-0062 |
|---|---|
| Immigration and Naturalization Service | Notice of Naturalization Oath Ceremony |

880 Front Street, Room 1234
San Diego, CA 92101

AR # **A75785715**
Date  June 14, 2006

**ALEXANDER LISNEVSKY**

You are hereby notified to appear for Administrative Hearing on:   **MONDAY June 19, 2006**

at: **SAN DIEGO FEDERAL BUILDING
880 FRONT STREET
SAN DIEGO, CA 92101
ROOM:1209**

Please report promptly at: ~~2:00~~ *11:45 A.M.* PM

You must bring the following with you:

☒ This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.
☒ Alien Registration Card.
☒
☒
☒ Other: *ANSWER THE QUESTIONS ON THE BACK OF THIS LETTER. THE QUESTIONS ONLY CONCERN CHANGES THAT MAY HAVE TAKEN PLACE SINCE YOU WERE LAST INTERVIEWED. COMPLETE AND SIGN THE BACK BEFORE YOU COME TO THE CEREMONY.*

Proper attire should be worn.

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

(SEE OTHER SIDE)            FP EXP:        /2006
Form N-445 (Rev. 01/08/92)